UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN GIRL, LLC,

                Plaintiff,

-against-

ZEMBRKA d/b/a WWW.ZEMBRKA.COM
and WWW.DAIBH-IDH.COM;
WWW.ZEMBRKA.COM; and
WWW.DAIBH-IDH.COM,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/2021

1:21-cv-02372-MKV

ORDER EXTENDING TEMPORARY
RESTRAINING ORDER

MARY KAY VYSKOCIL, United States District Judge:

       The Court has received a letter from Plaintiff seeking to extend the temporary restraining order ("TRO") entered in this case on March 18, 2021 through the Show Cause Hearing on April 14, 2021.  Plaintiff purports to have served Defendants with the complaint and TRO on March 26, 2021.  To date, the Court has not received any application to lift the TRO from any Defendant.

       In order to prevent the irreparable harm as set out in the Court's Order to Show Cause and TRO, and for the reasons set out in Plaintiff's application for the TRO, the terms of the TRO are extended to April 14, 2021.

       Plaintiff is directed to serve this Order on Defendants by the same method of service as the Court permitted for service of the TRO.

**SO ORDERED.**

  Date:  **March 31, 2021**
           **New York, New York**

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1