```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN GIRL, LLC,

                 Plaintiff,

-against-

ZEMBRKA d/b/a WWW.ZEMBRKA.COM and WWW.DAIBH-IDH.COM; WWW.ZEMBRKA.COM; and WWW.DAIBHIDH.COM,

                 Defendants,

1:21-cv-02372 (MKV)

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

        The Court held a hearing on April 14, 2021 concerning Plaintiff's application for a preliminary injunction and the temporary restraining order previously entered by the Court. *See* Temporary Restraining Order, ECF No. 17 ("TRO"). At the hearing, Plaintiff alleged, and Defendants admitted, that Defendants received copies of the TRO before the April 5, 2021 deadline to oppose the preliminary injunction motion. Nonetheless, only hours before the conference and after the deadline to respond, Defendants appeared and filed a combined motion to dismiss Plaintiff's complaint and opposition to the preliminary injunction motion. This Order memorializes the Court's ruling at the conference.

        On the consent of Defendants, the TRO is extended to April 28, 2021. This will provide the Parties with time to brief the jurisdictional and service arguments presented in Defendants' late-filed papers. Briefing on the motion to dismiss will be submitted on an expedited basis. Plaintiff's opposition to the motion must be filed by April 21, 2021 at 5:00PM. Defendants' Reply, if any, must be filed by April 26, 2021 at 5:00PM.

**SO ORDERED.**

Date:  **April 14, 2021**
       **New York, NY**

                                          MARY KAY VYSKOCIL
                                          United States District Judge