# EXHIBIT A

**From:** cs=seaborgy.com@email.shoplazza.com <cs=seaborgy.com@email.shoplazza.com> **On Behalf Of**
cs@seaborgy.com
**Sent:** Thursday, March 18, 2021 12:09 PM
**To:** receipts ████████████████████████
**Subject:** Order confirmed

**seaborgy**

Order No.
GBP04286

Placed on
Mar
19,2021

1



# Order confirmed

Hi ████████████
We're getting your order ready to be dispatched. We will notify you when it has been shipped.

View Your Order

or Visit Our Store

## Shipping Information

Expedited Shipping

████████████
████████████████████
New York, New York, 10025 United States

## Order Summary



Rebecca Doll
Style: --
SKU: 1-3wjs000338-008
$ 49.55

X 1

$ 49.55

### Need Assistance? Talk to us.

We'll do everything we can to make sure you love your experience with us. Have any questions or feedback? Contact us at 【cs@seaborgy.com】

2

This email was sent by 【seaborgy】

**From:**            service@paypal.com
**Sent:**             Thursday, March 18, 2021 12:09 PM
**To:**                receipts
**Subject:**        Receipt for your PayPal payment

Jason Drangel - Here's your receipt.



# Thanks for paying with PayPal

To see the payment details, log in to your PayPal account.

**Payment from:**
Jason Drangel
▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Payment to:**
Jotosy
z9887@outlook.com

| **Note to payment recipient:** | You haven't included a note. |
| --- | --- |

Transaction ID: 4M591988W9819950Y
Date: March 18, 2021
Payment Status: COMPLETED

| Description | Unit Price | Quantity | Amount |
| --- | --- | --- | --- |
| *Rebecca Doll* | $49.55 USD | 1 | $49.55 USD |
| | Shipping and handling | | $15.00 USD |
| | Tax amount | | $0.00 USD |
| | Total | | $64.55 USD |
| | **Payment to recipient** | | **$64.55 USD** |

This transaction will appear on your statement as PAYPAL *JOTOSY

**Transaction Summary:**

| | |
|---|---|
| **Total Amount of this transaction:** | **$64.55 USD;** |

**Payment method :**
VISA x- █████

| | |
|---|---|
| **Payment to recipient** | **$64.55 USD** |
| **Amount you'll pay** | **$64.55 USD** |

ADDITIONAL INFORMATION

PayPal, Inc., as the licensee, is liable for non-delivery or delayed delivery of your funds. PayPal, Inc. is licensed to receive and transmit money under New York law.

You have the right to cancel a transaction for a full refund unless your designated recipient has already received the payment. However, since most PayPal payments are received within seconds, you may not be able to cancel your payment for a full refund once the payment is made. To determine whether your payment is eligible for cancellation, log in to PayPal.com, select the transaction in your transaction details, and select Cancel, or call PayPal Customer Service at 888-221-1161. Disputes related to purchases are addressed in PayPal's User Agreement.

**Help Center | Resolution Center | Security Center**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? Learn more

PayPal Customer Service can be reached at 888-221-1161

Copyright © 1999-2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000928:1.0.68.16:c4a72c98103d1

**From:** cs@vanadim.com
**Date:** March 22, 2021 at 10:57:20 AM EDT
**To:** <span style="background-color:black">                         </span>
**Subject: Order confirmed**
**Reply-To:** cs@vanadim.com



**vanadim**

Order No.
SDE56290

Placed on
Mar
22,2021



# Order confirmed

Hi ████████

We're getting your order ready to be dispatched. We will notify you when it has been shipped.

View Your Order

or Visit Our Store

## Shipping Information

Free Shipping

████████
████████

rye brook, New York, 10573 United States

## Order Summary



Kaya Doll
Style: --
SKU: 1-3wjs000338-007
$ 49.55

X 1

$ 49.55

Rebecca Doll
Style: --
SKU: 1-3wjs000338-008
$ 49.55

X 1

$ 49.55

2



Julie Doll
Style: --
SKU: 1-3wjs000338-009
$ 49.55

X 1

$ 49.55

**Need Assistance? Talk to us.**

We'll do everything we can to make sure you love your experience with us. Have any questions or feedback? Contact us at 【cs@vanadim.com】

This email was sent by 【vanadim】

| | |
|---|---|
| **From:** | service@paypal.com |
| **Sent:** | Friday, March 12, 2021 9:23 AM |
| **To:** | receipts |
| **Subject:** | Receipt for your PayPal payment |

Jason Drangel - Here's your receipt.



# Thanks for paying with PayPal

To see the payment details, log in to your PayPal account.

**Payment from:**
Jason Drangel
▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**Payment to:**
Masiona
z9886@outlook.com

**Note to payment recipient:**                      You haven't included a note.

Transaction ID: 0N963945VH118935E
Date: March 12, 2021
Payment Status: COMPLETED

| Description | Unit Price | Quantity | Amount |
|---|---|---|---|
| *Joss™ Doll* | $49.55 USD | 1 | $49.55 USD |
| *Samantha™ Doll* | $49.55 USD | 1 | $49.55 USD |
| | Shipping and handling | | $9.99 USD |
| | Tax amount | | $0.00 USD |
| | Total | | $109.09 USD |
| | **Payment to recipient** | | **$109.09 USD** |

This transaction will appear on your statement as PAYPAL
*MASIONA

1

**Transaction Summary:**

| | |
|---|---|
| **Total Amount of this transaction:** | **$109.09 USD;** |

**Payment method :**
VISA x-███

| | |
|---|---|
| **Payment to recipient** | **$109.09 USD** |
| **Amount you'll pay** | **$109.09 USD** |

ADDITIONAL INFORMATION

PayPal, Inc., as the licensee, is liable for non-delivery or delayed delivery of your funds. PayPal, Inc. is licensed to receive and transmit money under New York law.

You have the right to cancel a transaction for a full refund unless your designated recipient has already received the payment. However, since most PayPal payments are received within seconds, you may not be able to cancel your payment for a full refund once the payment is made. To determine whether your payment is eligible for cancellation, log in to PayPal.com, select the transaction in your transaction details, and select Cancel, or call PayPal Customer Service at 888-221-1161. Disputes related to purchases are addressed in PayPal's User Agreement.

**Help Center | Resolution Center | Security Center**

Please don't reply to this email. To get in touch with us, click **Help & Contact**.

Not sure why you received this email? Learn more

PayPal Customer Service can be reached at 888-221-1161

Copyright © 1999-2021 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal PPC000928:1.0.68.16:33d49a78cb68b