USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN GIRL, LLC,

                Plaintiff,

-against-

ZEMBRKA d/b/a WWW.ZEMBRKA.COM and WWW.DAIBH-IDH.COM; WWW.ZEMBRKA.COM; and WWW.DAIBH-IDH.COM,

                Defendants.

1:21-cv-02372-MKV

ORDER TO SHOW CAUSE

MARY KAY VYSKOCIL, United States District Judge:

On October 9, 2024, the Court reopened this case for further proceedings and ordered that Defendants file an answer or otherwise respond by October 23, 2024. [ECF 49]. No responses were filed, and Plaintiffs have not prosecuted this case to date.

Accordingly, IT IS HEREBY ORDERED that, **by November 25, 2024**, Plaintiffs shall file a letter showing cause why this case should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiffs are on notice that they are ultimately responsible for prosecuting this case, and this case may be dismissed because of their chosen counsel's failure to prosecute his case. *See Link v. Wabash R. Co.*, 370 U.S. 626, 633-34 (1962).

**SO ORDERED.**

**Date: October 25, 2024**  
**New York, NY**

                                            */s/ Mary Kay Vyskocil*  
                                            **MARY KAY VYSKOCIL**  
                                            **United States District Judge**