USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN GIRL, LLC

*Plaintiff*

v.

ZEMBRKA d/b/a WWW.ZEMBRKA.COM and WWW.DAIBH-IDH.COM; WWW.ZEMBRKA.COM; and WWW.DAIBH-IDH.COM

*Defendants*

CIVIL CASE NO.
21-cv-2372 (MKV)

[MKV] [PROPOSED]
ORDER FOR RETURN OF SECURITY BOND

In light of Plaintiff American Girl, LLC's ("Plaintiff") voluntary dismissal of this action, without prejudice (*Dkt. No. 62*), which alerted the Clerk of Court to close this case, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1) The Court shall release the Five Thousand U.S. Dollar ($5,000.00) security bond that Plaintiff submitted in connection with this action to counsel for Plaintiff, Epstein Drangel LLP, 60 East 42nd Street, Suite 1250, New York, NY 10165.

**SO ORDERED.**

SIGNED this __11__ day of __March__, 2025, at __10:55__ a.m.

_____
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE

1